IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KWABENA KABAKA<br>　　　　　*Plaintiff*,<br><br>　v.<br><br>CITY OF PHILADELPHIA, et al.<br>　　　　　*Defendants*. | CIVIL ACTION<br>NO. 20-6174 |

## ORDER

AND NOW, this 17th day of November, 2021, upon consideration of the City of Philadelphia's Motion to Dismiss Plaintiff Kwabena Kabaka's Second Amended Complaint (ECF 11), in the absence of a response and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the City's Motion is **GRANTED** and Kabaka's claims against it are **DISMISSED**.

The Clerk of Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.